# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 2:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **EDWARD JOHNSON,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | |
| **TONY PARKER,** | Cv. No: 04-3032 Ml/P |
| Respondent. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered August 29, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Aug. 29, 2005
DATE

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-03032 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Edward Johnson
NORTHWEST CORRECTIONAL COMPLEX
165254
960 State Route 212
Tiptonville, TN 38079

Honorable Jon McCalla
US DISTRICT COURT